PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

U.S.A. vs. Trevor Dillard                                   Docket No. 03-cr-00195

### Petition for Action on Conditions of Pretrial Release

COMES NOW Heather Maloney PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Trevor Dillard**, who was placed under pretrial release supervision by the **Honorable Honorable William G. Bassler** sitting in the Court at , on April 20, 2005, under the following conditions:

**The defendant was released on a $50,000 unsecured appearance bond cosigned by his mother, Verna Dillard and the following conditions:**

1) Pretrial Services supervision
2) Third party custodian, Verna Dillard
3) Surrender passport, do not obtain new passport
4) Substance abuse testing and/or treatment
5) Abide by all conditions of parole
6) Do not possess any weapons at home or any other place
7) The defendant shall remain in the custody of his mother, Verna Dillard who agreed to assume supervision and to report any violation of release conditions to the Court

On June 9, 2005, the defendant was sentenced to 18 months of incarceration followed by 24 months of supervised release. He has been designated to MDC Brooklyn, however he has not been given a date to surrender to begin his sentence.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On August 10th, 17th, 24th, 31st, and September 7, 2005, the defendant failed to report to the U.S. Pretrial Services Office as directed.

On August 18, 2005, this officer left a voice mail message at the defendant's residence and on his mother's cellular telephone requesting he contact Pretrial Services as soon as possible. On August 19, 2005, a letter was mailed to the defendant's residence directing him to report to Pretrial Services. On August 24, 2005, this officer spoke to the defendant's parole officer, Michael Feliz, who advised the defendant is required to report daily and had not reported in a week.

On August 24, 2005, the defendant called Pretrial Services and advised he was on his way to the office, but had to stop to get identification He failed to report as directed.

On August 25, 2005, this officer spoke to the defendant's father who indicated he was not aware of the defendant's non-compliance and would have him contact Pretrial Services. On this same day, this officer contacted the defendant's attorney, William Hunt, who advised he has not had any contact with the defendant since sentencing.

On August 29, 2005, the defendant's parole officer advised he was discharging the defendant from the day reporting program and would be requesting a warrant within a week.

On September 1, 2005, this officer left voice mail messages at the defendant's residence and on his mother's cellular telephone requesting return telephone calls.

On September 7, 2005, case agent, Ed Koby, was contacted and advised of the defendant's status. He advised he has not had any contact with the defendant.

On September 8, 2005, Pretrial Services conducted a home visit at the defendant's reported residence. At this time, no one was home and a business card was left directing the defendant to contact this officer immediately.

To date, the defendant has not reported to Pretrial Services as directed.

PRAYING THAT THE COURT WILL ORDER a warrant for the defendant's arrest.

ORDER OF COURT

Considered and ordered this __30th__ day of __Sept.__, _____ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Heather Maloney
U.S. Pretrial Services/Probation Officer