PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Trevor Dillard

**Docket Number:** 03-00195-001
**PACTS Number:** 35642

**Name of Judicial Officer:** The Honorable Faith S. Hochberg, U.S.D.J.

**Date of Original Sentence:** 06/07/2005

**Original Offense:** Conspiracy to Defraud the United States (Wire Fraud)

**Original Sentence:** 18 months imprisonment; 2 years supervised release.

**Date of Violation Sentence:** 03/03/2008

**Violation Sentence:** 8 months; 1 year supervised release.

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** 10/21/2008

**Assistant U.S. Attorney:** Ronnell Wilson, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Candace Hom, A.F.P.D., 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision conditions which state 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.' and 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.' |

PROB 12C - Page 2
Trevor Dillard

On January 21, 2009; February 19, 2009; and April 21, 2009, Dillard submitted urine specimen which subsequently tested positive for marijuana.

In addition to using marijuana, the offender has failed to participate in the probation office's mandatory phase drug testing program (Code-A-Phone).

2   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The releasee has not submitted any *Monthly Supervision Reports* since the commencement of his supervision.

The offender was instructed to report to the probation office on March 24, 2009; April 7, 2009; and May 18, 2009. The offender failed to report as directed on those dates and has not had contact with the probation office since.

3   The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $1,000.00.**'

Since his release from custody, Dillard has not made any payments towards his court imposed financial obligations. A total balance of $715.00 remains outstanding.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: June 4, 2009

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/4/09
Date